IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action Number: |
| ) | 02-C-1367-S |
| KELVIN SPIVEY, ) | |
| ) | |
| Defendant. ) | |

ENTERED
FEB 14 2003

## FINDINGS OF FACT AND CONCLUSION OF LAW ON PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND JUDGMENT BY DEFAULT

A. Findings of Fact

1. Plaintiff UNITED STATES OF AMERICA filed its Complaint in this action on June 4, 2002.

2. Defendant KELVIN SPIVEY was properly served with the Summons and Complaint in this action on August 13, 2002.

3. Defendant has failed to answer or otherwise plead to the Complaint within the period of time fixed by law.

4. Defendant is not an incompetent, infant, or member of the United States Armed Services.

5. The Clerk of this Court, on January 17, 2003, entered default against Defendant.

6. Plaintiff has suffered damages in the following amounts: principal sum of $8,400.00; court costs of $150.00; and $444.29 in accrued interest through January 16, 2003, at the rate of 3.5 per cent per annum.



B. Conclusion of Law

Plaintiff is entitled to a default judgment in the amount of $8,994.29, plus interest at the rate of 3.5 per cent per annum, accrued from January 17, 2003 until the date of default judgment.

By separate order, a final default judgment will be entered.

DONE this 13th day of February, 2003.

Chief United States District Judge
U.W. Clemon